UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD F. MARTINEZ,

       Plaintiff,

    v.

S. HATTON, et al.,

       Defendants.

Case No. 19-cv-03608-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETED APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS; DIRECTIONS TO CLERK**

      Plaintiff, an inmate at Corcoran State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2019, the Court informed Plaintiff that this action was deficient because he had not paid the $400 filing fee or filed a complete application to proceed *in forma pauperis*. Dkt. No. 2. Plaintiff was instructed to respond by July 29, 2019. Dkt. No. 2. On July 12, 2019, Plaintiff filed an *in forma pauperis* application which lacks the required Certificate of Funds in Prisoner's Account completed and signed by a correctional officer at Corcoran State Prison. Dkt. No. 3. However, attached to Plaintiff's *in forma pauperis* application is a CDCR 22 Request for Services submitted by Plaintiff on July 8, 2019, addressed to the Inmate Trust Office, requesting a certified copy of his inmate trust account statement for the last six months for his *in forma pauperis* application in this case. Dkt. No. 3 at 6.

      Because the record indicates that Plaintiff has made reasonable efforts to submit a completed *in forma pauperis* application, the Court will *sua sponte* grant Plaintiff an extension of time to August 30, 2019 to file a complete *in forma pauperis* application.

//

//

//

The Clerk of the Court is directed to forward a copy of this order to the Warden's Office and the Litigation Coordinator at Corcoran State Prison so that they may assist Plaintiff in obtaining the necessary forms to complete his *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: 8/6/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge