UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br>  Plaintiff,<br>  v.<br>S. HATTON, et al.,<br>  Defendants. | Case No. 19-cv-03608-HSG<br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 5 |

Plaintiff, an inmate at Corcoran State Prison ("CSP"), filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, regarding events that happened at Salinas Valley State Prison ("SVSP"), where he was previously incarcerated. Dkt. No. 1. On June 21, 2019, the Court informed Plaintiff that this action was deficient because he had not paid the $400 filing fee or submitted a complete *in forma pauperis* application. Dkt. No. 2. Plaintiff was instructed to respond by July 29, 2019. Dkt. No. 2. On July 12, 2019, Plaintiff filed an *in forma pauperis* application which lacked the required certified copy of his inmate trust account statement for the last six months. Dkt. No. 3. On August 6, 2019, the Court *sua sponte* granted plaintiff an extension of time to August 30, 2019 to either pay the $350 filing fee or file the necessary forms to complete his *in forma pauperis* application, noting that the record indicated that plaintiff had made reasonable efforts to obtain the certified copy of his inmate trust account statement. Dkt. No. 4. The Court ordered the Clerk of the Court to forward a copy of the August 6, 2019 order to the CSP Warden's Office and the CSP Litigation Coordinator at so that they could assist plaintiff in obtaining the necessary forms to complete his *in forma pauperis* application. Dkt. No. 4.

The deadline set in the Court's August 6, 2019 order has passed, and plaintiff has neither paid the filing fee nor submitted a completed *in forma pauperis* application. The Court therefore

DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain a complete *in forma pauperis* application, i.e., an application with the required certified copy of the plaintiff's inmate trust account statement for the last six months. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 9/23/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge