UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD F. MARTINEZ,

          Plaintiff,

   v.

S. HATTON, et al.,

          Defendants.

Case No. 19-cv-03608-HSG

**ORDER DENYING AS MOOT REQUEST FOR EXTENSION OF TIME TO COMPLETE IN FORMA PAUPERIS APPLICATION**

Re: Dkt. No. 8

Plaintiff, an inmate at Corcoran State Prison ("CSP"), filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, regarding events that happened at Salinas Valley State Prison ("SVSP"), where he was previously incarcerated. Dkt. No. 1.  Plaintiff seeks an extension of time to file a complete *in forma pauperis* application.  Dkt. No. 8.  Plaintiff's request is DENIED as moot.  On September 23, 2019, the Court DISMISSED this action without prejudice for failure to either pay the $350 filing fee or file the necessary forms to complete his *in forma pauperis* application.  Dkt. No. 6.  Accordingly, plaintiff need not seek an extension of time to file the complete *in forma pauperis* application.  Because the dismissal was without prejudice, plaintiff may move to reopen the action at any time by filing a request to reopen the case, accompanied by a complete *in forma pauperis* application, i.e., an application with the required certified copy of the plaintiff's inmate trust account statement for the last six months.

     This order terminates Dkt. No. 8.

     **IT IS SO ORDERED.**

Dated: 10/3/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge