UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD F. MARTINEZ,

    Plaintiff,

    v.

S. HATTON, et al.,

    Defendants.

Case No. 19-cv-03608-HSG

**ORDER DISMISSING DEFENDANT SANDOVAL**

Re: Dkt. No. 23

Plaintiff, an inmate at Corcoran State Prison in Corcoran, California, filed this *pro se* civil rights action against Salinas Valley State Prison ("SVSP") correctional officials, including building trades manager S. Sandoval, pursuant to 42 U.S.C. § 1983. The amended complaint was filed on May 4, 2020, and defendant Sandoval remains unserved. Dkt. Nos. 12, 20.[1] Now pending before the Court is plaintiff's motion to voluntarily dismiss defendant Sandoval from this action without prejudice. Plaintiff's request is GRANTED. Defendant Sandoval is DISMISSED from this action without prejudice. Dkt. No. 23.

This order terminates Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: August 25, 2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The United States Marshal has been unable to locate and serve defendant Sandoval based on the information provided by plaintiff. Dkt. No. 20. On July 21, 2020, the Court ordered plaintiff to effect service on defendant Sandoval, or submit to the Court sufficient information to identify and locate defendant Sandoval such that the Marshal is able to effect service. Dkt. No. 21.