UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>S. HATTON, et al.,<br><br>    Defendants. | Case No. 19-cv-03608-HSG<br><br>**ORDER DENYING PLAINTIFF'S REQUEST THAT DEFENDANTS BE ORDERED TO FILE AN ANSWER**<br><br>Re: Dkt. No. 25 |

Plaintiff, an inmate at Corcoran State Prison ("CSP"), filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On July 2, 2020, the Court found that the first amended complaint stated a cognizable Eighth Amendment claim against defendants, ordered service on defendants, and set a briefing schedule. Dkt. No. 15. The July 2, 2020 order did not order defendants to file an answer to the first amended complaint. Dkt. No. 15. On August 14, 2020, defendants filed a waiver of reply under 42 U.S.C. § 1997e(g) and demanded a trial by jury. Dkt. No. 22. Plaintiff has filed an objection to defendants' waiver of reply and requests that the Court order defendants to file an answer and/or reply to the first amended complaint because plaintiff has a reasonable opportunity to prevail on the merits. Dkt. No. 25. Plaintiff's request is DENIED. The July 2, 2020 order found that, under the liberal screening standard required for screening *pro se* complaints, the first amended complaint stated a cognizable claim. The July 2, 2020 order made no finding regarding whether plaintiff is likely to prevail on the merits, and any such determination at this stage is premature. Defendants properly filed a waiver of reply pursuant to 42 U.S.C. § 1997e(g).

//

//

1   This order terminates Dkt. No. 25.

2   **IT IS SO ORDERED.**

3   Dated: 9/16/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge