UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>S. HATTON, et al.,<br><br>          Defendants. | Case No. 19-cv-03608-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 27 |

Good cause being shown, Defendants' request for an extension of time to file their dispositive motion is GRANTED. Dkt. No. 27. Defendants shall file their dispositive motion by January 28, 2021. No later than 28 days from the date the dispositive motion is filed, Plaintiff shall file with the Court, and serve upon defendants, his opposition to the dispositive motion. Defendants shall file a reply brief no later than 14 days after Plaintiff's opposition is filed.

This order terminates Dkt. No. 27.

**IT IS SO ORDERED.**

Dated: 9/30/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge