UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>        Plaintiff,<br><br>v.<br><br>S. HATTON, et al.,<br><br>        Defendants. | Case No. 19-cv-03608-HSG<br><br>**ORDER OF REFERRAL**<br><br>Re: Dkt. No. 29 |

Plaintiff has filed a motion requesting that the Court review the complaint for ADR consideration. Dkt. No. 29. The Court construes this pleading as a request for referral to the Pro Se Prisoner Mediation Program. Good cause being shown, plaintiff's request is GRANTED.

The case is hereby REFERRED to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Such proceedings shall take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within fifteen days of the conclusion of all settlement proceedings, shall file with the Court a report thereon. The Clerk is directed to serve Magistrate Judge Illman with a copy of this order and to notify Magistrate Judge Illman that a copy of the Court file can be retrieved from the Court's electronic filing database.

//

//

//

//

1   This order terminates Dkt. No. 29.

2   **IT IS SO ORDERED.**

3   Dated: 10/15/2020

4   _____
    HAYWOOD S. GILLIAM, JR.
5   United States District Judge