UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>S. HATTON, et al.,<br><br>    Defendants. | Case No. 19-cv-03608-HSG<br><br>**ORDER VACATING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 28 |

In light of the Court's October 15, 2020 Order of Referral (Dkt. No. 30), the briefing schedule set forth in Dkt. No. 28 is VACATED. If settlement proceedings are unsuccessful, the Court will set a new briefing schedule at that time.

**IT IS SO ORDERED.**

Dated: 10/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge